**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State ex rel. Bowling v. DeWine*, Slip Opinion No. 2022-Ohio-4122.]**

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports. Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2022-OHIO-4122

THE STATE EX REL. BOWLING ET AL., APPELLEES, *v.* DEWINE, GOVERNOR, ET AL., APPELLANTS.

**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State ex rel. Bowling v. DeWine*, Slip Opinion No. 2022-Ohio-4122.]**

*Appeal dismissed as moot.*

(No. 2021-1062—Submitted May 25, 2022—Decided November 22, 2022.)

APPEAL from the Court of Appeals for Franklin County,

No. 21AP-380, 2021-Ohio-2902.

_____

{¶ 1} This cause is dismissed, sua sponte, as moot.

O'CONNOR, C.J., and KENNEDY, FISCHER, GROVES, DONNELLY, STEWART, and BRUNNER, JJ., concur.

EMANUELLA D. GROVES, J., of the Eighth District Court of Appeals, sitting for DEWINE, J.

_____

DannLaw, Brian D. Flick, Marc E. Dann, and Emily White; and Advocate Attorneys, L.L.P., and Andrew M. Engel, for appellees, Candy Bowling, Shawnee Huff, and David Willis.

Dave Yost, Attorney General, Benjamin M. Flowers, Solicitor General, Michael J. Hendershot, Chief Deputy Solicitor General, and Julie M. Pfeiffer, Allison D. Daniel, and Eric A. Baum, Assistant Attorneys General, for appellants, Governor Mike DeWine, and Matt Damschroder, director of the Ohio Department of Job and Family Services.

Kristy A. Michel; Regina Campbell; Katherine B. Hollingsworth; Michelle Wrona Fox; Kristen Finzel Lewis; Lori K. Elliott; Rebecca Steinhauser; Kevin Mulder; Megan O'Dell; Hannah C. Halbert; and Christina Marie Royer, urging affirmance for amici curiae Legal Aid Society of Columbus, Legal Aid Society of Greater Cincinnati, Legal Aid Society of Cleveland, Community Legal Aid Services, Inc., Southeastern Ohio Legal Services, Legal Aid Society of Southwest Ohio, L.L.C., Advocates for Basic Legal Equality, Inc., Legal Aid of Western Ohio, Ohio Poverty Law Center, Policy Matters Ohio, and Ohio Employment Lawyers Association.

Vorys, Sater, Seymour and Pease L.L.P., Daniel E. Shuey, and Erica M. Rodriguez; and Kevin D. Shimp, urging reversal for amici curiae Ohio Chamber of Commerce, Ohio Business Roundtable, Ohio Restaurant Association, Ohio Hotel and Lodging Association, Ohio Grocers Association, Ohio Trucking Association, Ohio Manufacturers' Association, Ohio Council of Retail Merchants, and Ohio Farm Bureau Federation.

Shumaker, Loop & Kendrick, L.L.P., and Larry J. Obhof Jr.; and Jay R. Carson and Robert Alt, urging reversal for amicus curiae Buckeye Institute.

————————————

2